# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRENT DAVID SAVOIE & AMY
DIECIDUE SAVOIE

NO.   2022 CW 1266

VERSUS

OUR LADY OF LOURDES ROMAN
CATHOLIC CHURCH, CERTAIN
UNDERWRITERS AT LLOYD'S AND
AMERICAN ALTERATIVE
INSURANCE CORPORATION

**MARCH 6, 2023**

---

In Re:   Our Lady of Lourdes Roman Catholic Church, Slidell, Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 720290.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**AHP**

**WIL**

**Welch, J.,** dissents and would grant the writ, as respondents' correspondence filed on February 2, 2023 advises they "acquiesce to the transfer of their claims from the Parish of East Baton Rouge to the Parish of St. Tammany."

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
         FOR THE COURT